IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 13-CR-30212-DRH |
| ANTHONY MOORE, JR., | ) ) ) | |
| Defendant. | ) | |

## STIPULATIONS

The United States and Defendant Anthony Moore, Jr., and their respective attorneys, hereby agree and stipulate as follows:

The need to call all chain of custody witnesses will unnecessarily prolong this trial. Therefore, the parties agree that from and since their recovery, all exhibits admitted at trial have been in official custody and are in the same condition as when first recovered.

So Stipulated:

_____      _____
ANTHONY MOORE, JR.                                    STEPHEN B. CLARK
Defendant                                                           Assistant United States Attorney
                                                                              Southern District of Illinois

_____
THOMAS GABEL
Attorney for Defendant